**CHEROKEE INDUSTRIES, INC.,**
Plaintiff–Appellant,

v.

**4–STAR TRAILERS, INC.,**
Defendant–Appellee.

No. 03–1430, 03–1467.

United States Court of Appeals,
Federal Circuit.

Dec. 8, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Zachary Taylor BROWN, a minor, by His Parents and Natural Guardians, Kenneth Brown and Cynthia Brown, Petitioners–Appellants,**

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.**

No. 04–5007.

United States Court of Appeals,
Federal Circuit.

Dec. 8, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Jarrett Ross SCHAFER, a minor, by His Parent and Natural Guardian, Jessica Owens, Petitioner–Appellant,**

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.**

No. 04–5006.

United States Court of Appeals,
Federal Circuit.

Dec. 8, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).